**FILED**

Emmanuel Reeves AI5096
Name and Prisoner/Booking Number

San Quentin State Prison
Place of Confinement

1 Main Street 1 H 72 LOW
Mailing Address

San Quentin CA 94974
City, State, Zip Code

NOV 17 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Emmanuel Reeves ,
(Full Name of Plaintiff)          Plaintiff,

v.

(1) A.U.S. Diesslin ,
(Full Name of Defendant)

(2) Parole Agent Lewis ,

(3) Parole Agent Mejia ,

(4) ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2:22 - CV 2 0 8 4 - ____ DMC PC

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Jury Trial Demanded

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☐ Other: _____.

2.  Institution/city where violation occurred: Sacramento _____

Revised 3/15/2016                                          1

## B. DEFENDANTS

1. Name of first Defendant: Diesslin _____. The first Defendant is employed as:
   Assistant Unit Supervisor at Parole Region North _____.
   (Position and Title)                              (Institution)

2. Name of second Defendant: Lewis _____. The second Defendant is employed as:
   Parole Agent _____ at Parole Region North _____.
   (Position and Title)                              (Institution)

3. Name of third Defendant: Mejia _____. The third Defendant is employed as:
   Parole Agent _____ at Parole Region North _____.
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _1_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: 1:20-CV-00487-BAM _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Yes
         Dismissed _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 8Th Amendment And 14Th Amendment

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Parole Agents

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On Nov. 30, 2021 During Apprehencion I Was Behind An Locked Windowless Door In The Shower Area Where I Was In My Orientation Phase To Be Placed/Accepted Into The Shelter (Shelter Inc) Upon The Click Of The Lock Door Being Unlocked (4) Unidentified Individuals Came Rushing Thru The Door At Me And Who I Later Came To Identify As Parole Agents Forcing Me To Drop All Items In My Hand/Arms. Two Agents I Later Identified As Lewis And Mejia Were Aggressively "Man Handling" Me Much More Than The Situation Require While Placing Mechanical Restrans On Me Who Was Non-Combative With Agent Mejia Binding My Left Side. I Suffered An Upper Extremity Fracture. With Agent Lewis Binding My Right Side I Attempted To Question The Nature Of Their Aggression He "Agent Lewis" Forcefully Grabbed Me By My Head And Neck Turning Them So As To Detour My Abilities Of Identifying Him, Other Agents And Their Law Emforcement Status.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Upper Extremity Fracture, Anxiety, Depression, P.T.S.D., Fear, Sleeplessness, Nightmares And Fear Of Law Enforcement Personnel

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: 8TH Amendment And 14TH Amendment

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - [ ] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [x] Excessive force by an officer
   - [ ] Threat to safety
   - [x] Other: Asistant Unit Supervisor

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   As For The A.U.S. (Diesslin) He Failed To Intervene While Watching His Agents (Mejia And Lewis) Use Of Excessive Force On An Non-Combative Parolee. Due To The Deliberate Indifferance He (AUS Diesslin) Failed To Take Control Of The Situation As The Supervisor In Protecting Me And My Rights As Stated Under The Constitution.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Upper Extremity Fracture, Anxiety, Depression, PTSD, Fear, Sleeplessness Nightmares And Fear Of Law Enforment Personnel

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No
   b. Did you submit a request for administrative relief on Claim II? [x] Yes [ ] No
   c. Did you appeal your request for relief on Claim II to the highest level? [x] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

**CLAIM III**

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Claim III.** Identify the issue involved.  Check **only one.**  State additional issues in separate claims.
    - ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
    - ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
    - ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
    _____
    _____
    _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim III?     ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?     ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:
Compensatory Damage In The Amount Of $150,000 Or An Amount
Determine By The Jury For Each Defendant, Punitive Damage In The
Amount Of $158,000 Or An Amount Determine By The Jury For Each
Defendant, Such Further Relief As The Court Deems
Appropriate.

_____.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-23-22
          DATE

                             SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.