Emmanuel Reeves AI5096
Name and Prisoner/Booking Number

Mule Creek State Prison
Place of Confinement

P.O. Box 409089
Mailing Address

Ione, California 95640
City, State, Zip Code

**FILED**

AUG 2 1 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Emmanuel Reeves                    )
(Full Name of Plaintiff)    Plaintiff,   )
                                   )
                                   )
v.                                 )
                                   )
(1) (Parole Agent) Jeffrey Lewis   )
(Full Name of Defendant)           )
(2) (Parole Agent) Gerardo Mejia   )
                                   )
(3) _____        )
                                   )
(4) _____        )
            Defendant(s).          )
☐ Check if there are additional Defendants and attach page 1-A listing them. )

CASE NO. 2:22-CV-02084-DMC
(To be supplied by the Clerk)

"Jury Trial Demanded"

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____.

2. Institution/city where violation occurred: Sacramento County Parole Region North

## B. DEFENDANTS

1.  Name of first Defendant: _Jeffrey Lewis_____. The first Defendant is employed as:
    _____Parole Agent_____ at _Parole Region North_____.
    (Position and Title)                        (Institution)

2.  Name of second Defendant: _Gerardo Mejia____. The second Defendant is employed as:
    _____Parole Agent_____ at _Parole Region North_____.
    (Position and Title)                        (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed as:
    _____at_____.
    (Position and Title)                        (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
    _____at_____.
    (Position and Title)                        (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?        ☒ Yes        ☐ No

2.  If yes, how many lawsuits have you filed? _1___. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _Information Unavalible_____ v. _____
        2.  Court and case number: _1;20-CV-00487-BAM_____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed____
        _____.

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
        _____.

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
        _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1.  State the constitutional or other federal civil right that was violated: 4, 8, 14 Amendment Rights Violated .

2.  **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☒ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    On November 30, 2021 I Was Behind An Locked Windowless Door In The Shower Area Where I Was In My Orientation Phase To Be Accepted Into Shelter (Shelter In C) Upon The Click Of The ~~Into~~ Locked Door (4) Unidentified Individuals Came Rushing Through The Door At Me And Who I Later Came To Identify As Parole Agents Forcing Me To Drop All My Items In My Hands/Arms To Use Mechanical Restraints. Two Agents I Later Identified As Jeffrey Lewis And Gerardo Mejia Who Aggressively "Man Handled" Me Much More Than The Situation Required While Placing Mechanical Restraints on Me. When Agent Gerardo Mejia Was Binding My Left Side I Suffered An Upper Extremity Fracture. When Agent Jeffrey Lewis Was Binding My Right Side, I Attempted To Question The Nature Of Their Aggression Agent Jeffrey Lewis Forcefully Grabbed Me By My Head And Neck Turning It So As To Detour My Abilities Of Identifying Him And Their Law Enforcement Status Leading Me To Believe Other Agents And Their Intent To Do Physical Harm. Defendants Gerardo Mejia And Jeffrey Lewis Acted Under Color Of Law Maliciously And Sadistically Subjecting

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    Upper Extremity Fracture, Anxiety, Depression, PTSD, Fear, Sleeplessness, And Fear Of Law Enforcement Personnel, Duress

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim I? ☒ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim I to the highest level? ☒ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

**CLAIM II**

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   **Claim II.**  Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes    ☐ No
   b.   Did you submit a request for administrative relief on Claim II?     ☐ Yes    ☐ No
   c.   Did you appeal your request for relief on Claim II to the highest level?     ☐ Yes    ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

## Support Facts.

Plaintiff To Deliberate Indifference, Cruel And Unusual Punishment, Force That Is Objectively Unreasonable As An Arrestee, Due Process And Equal Protection Violations Solely For The Purpose Of Causing Plaintiff Harm Violating Plaintiff's 8Th, 4Th And 14Th Amendment As A Result. Defendants Actions Was Not Justified By Any Legitimate Law Enforcement Or Prison Management Need And Was Completely Out Of Proportion To That Need.

3A

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

    ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
    ☐ Excessive force by an officer      ☐ Threat to safety    ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    _____
    _____
    _____.

5.  **Administrative Remedies.**

    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes   ☐ No

    b.  Did you submit a request for administrative relief on Claim III?      ☐ Yes   ☐ No

    c.  Did you appeal your request for relief on Claim III to the highest level?      ☐ Yes   ☐ No

    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Wherefore, Plaintiff Respectfully Prays That This Court Enter Judgment Granting Plaintiff A Declaration That The Acts And Omissions Described Herein violated Plaintiff's Rights Under The Constitution And Laws of The United States; Compensatory Damages In The Amount Of $150,000 Against Each Defendant Jointly And Severally; Punitive Damages In The Amount Of $200,000 Against Each Defendant; Personal Damages in The Amount of $150,000 Against Each Defendant; A Jury Trial On All Issues Triable By Jury

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/14/23
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

Relief:

1   Plaintiff's Costs In This Suite; Award Attorney Fees To Be Paid
2   By Defendants; And Any Additional Relief This Court Deems
3   Just, Proper, And Equitable. Both Said Defendants Are To Be
4   Sued In Their Individual And Personal Capacities.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6A

1  Emmanuel Reeves CDCR#AI5096

2  Building-DI8/D-Yard/Cell#203/B-Pod

3  Mule Creek State Prison

4  P.O.Box409089

5  Ione, California 95640

6  In Propria Persona

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  Emmanuel Reeves                 SUMMONS

12           Plaintiff,             Civil No. 2:22-cv-02084-DMC-P

13  V.

14  Jeffrey Lewis, Parole Agent

15  Gerardo Mejia, Parole Agent

16  Both Defendants are being sued in their

17  Individual and official capacities

18             Defendants.

19

20           TO THE ABOVE NAMED DEFENDANTS

21  You are hereby summoned and required to serve upon Plaintiff, Emmanuel Reeves,

22  whose address is Mule Creek State Prison. Building-DI8/D-Yard/Cell#203/B-Pod.P.o.

23  Box409089.Ione, California 95640 an answer to the complaint which is hereby served

24  upon you, within 20 days after service of this summons upon you, exclusive of the

25  day of service, or 60 days if the U.S. Government/agent thereof is a defendant. If

26  you fail to do so, Judgement by default will be taken against you for relief demanded

27  in this complaint.

28  clerk of the court

Date:                        (7)
                        page Number



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** REEVES, EMMANUEL          **Date:** 12/15/2022
**CDC#:** AI5096

**Current Location:** SQ-Facility B          **Current Area/Bed:** B 001 1 - 000065L

**Log #:** 000000324585

**Claim #:** 001
**Received at Institution/Parole Region:** PAROLE REGION NORTH
**Submitted to Facility/Parole District:** PAROLE REGION NORTH
**Housing Area/Parole Unit:**
**Category:** Offender Services          **Sub-Category:** Other Services - NOS

**REC BY OOA**

**DEC 2 7 2022**

## I. CLAIM

Subject claims that staff was inappropriate and unprofessional during an incident that occurred November 2021 during a parole arrest that took place at Shelters, Inc.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

The rules governing this issue are the applicable sections of the California Code of Regulations (CCR), the Department Operations Manual (DOM), the Penal Code and Division policies.

### B. DOCUMENTS CONSIDERED

All submitted documentation and supporting information has been reviewed and considered.

All submitted documentation and supporting information has been reviewed and considered. A complete supervisor review was conducted to further look into the allegation.

## III. REASONING AND DECISION

Grievance does not meet criteria for assignment as a staff complaint (no misconduct identified, even if facts as alleged are assumed to be true) accept, reject or cancel in accordance with CCR Title 15, Section 3084.5.

## IV. Comments

The Department of Corrections and Rehabilitation is committed to ensuring all departmental employees are courteous, ethical, and professional in carrying out the Department's mission. The Department shall investigate all complaints against employees to preserve the integrity of the Department, foster trust, and confidence. However, at no time will the Department disclose the specifics to any personnel action to the complainant.

**Decision: Denied**

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY this claim.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California

Page Number

Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

| Staff Signature | Title | Date/Time |
|---|---|---|
| J. Rowe [ROJA041] | Reviewing Authority | 11/23/2022 |

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | **OGT Log No:** 000000324585 | **Date Received:** |
| | **Decision Due Date:** | |
| | **Categories:** | |

**Claimant Name:** REEVES, EMMANUEL          **CDCR #:**  AI5096

**Institution/Parole Region:** _____ **Current Housing/Parole Unit:** _____

**OOA Review**
Imminent Risk: Y / N
OOG Notification: Y / N          **STAFF USE ONLY**
Initials: TL  Date: 12/27

_Use this form to appeal a decision or a remedy by the Office of Grievances._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

**OGT Log No:** _____ 000000324585          **Claim No:** _I_

Explain the reason for your appeal. Be as specific as you can.

_I am dissatisfied with the response I was given because_ My 602 Meets All Criteria For A Staff Complaint (Misconduct) Based On The Facts That I Had Surgury On My Hand With A Plate And Screws Placed In And I'm Foregoing Pshysical Theripy To Get My Full Movement Back. With This Stated Shows How Staff Was Inappropriate And Unprofessional During The Incident That Occurred November 2021 During A Parole Arrest Taking Place At Shelters, Inc. Over →

> **This form shall be submitted by mail to:**
> Office of Appeals
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

REC BY OOA

DEC 27 2022

**IMPORTANT:**
The Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances when reviewing your appeal, but will **not** consider any new documentation.
Therefore, it is recommended you not attach any documentation to this form.
**Furthermore, any documentation you attach to this form will not be returned to you.**

**Claimant Signature:** _____          **Date Signed:** 12/20/22

ADA Accessible


(12)
Page Number

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**                          **CONTINUATION PAGE**                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602-2 (Rev. 01/22)                                                                              Page 2 of 2

**OGT Log No:** _____ 000000324585 _____        **Claim No:** ___ 1 _____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* I Have Summitted A Previous
602 That Was Given An Decision Of Allegation Of Staff
Misconduct #295836 Which Will Be Included ⚡ As Evidential
Evidentces Dated 8/23/2022
                    Exibit "1

*ADA Accessible*



CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# OFFICE OF APPEALS DECISION

**Offender Name:** REEVES, EMMANUEL                    **Date:** 02/25/2023
**CDC#:** AI5096
**Current Location:** SQ-Facility A                    **Current Area/Bed:** A NB 1 - 005001L

**Log #:** 000000324585

---

**Claim #   001**

**Received at Institution/Parole Region:**   PAROLE REGION NORTH
**Submitted to Facility/Parole District:**   PAROLE REGION NORTH
**Housing Area/Parole Unit:**
**Category:**  Offender Services                    **Sub-Category:** Other Services - NOS

### I. ISSUE ON APPEAL

Appellant alleges not having received a response to a 602 submitted with regard to appellant's allegation of unnecessary use of force used by Parole Agents during an incident which occurred on November 30, 2021.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, sections 3481(a), 3483(g)(1), and 3485(g)(2)(A)

#### B. DOCUMENTS CONSIDERED

Grievance/Appeal Log #324585, #292504, and #295836

### III. REASONING AND DECISION

On December 15, 2022, the Office of Grievances responded to appellant's allegation of not having received a response to a 602 submitted with regard to appellant's allegation of unnecessary use of force used by Parole Agents during an incident which occurred on November 30, 2021. The Office of Appeals does not concur with the decision to deny this claim citing that the, "Grievance does not meet criteria for assignment as a staff complaint (no misconduct identified, even if facts as alleged are assumed to be true) accept, reject or cancel in accordance with CCR Title 15, Section 3084.5. On August 15, 2022, appellant submitted a grievance Log #292504 with regard to appellant's allegation of unnecessary use of force used by Parole Agents during an incident which occurred on November 30, 2021. Log #292504 was reassigned to Northern Parole Region and issued Log #295836, and on August 23, 2022, appellant was issued a response. The claim was identified as an allegation of staff misconduct and was referred outside of the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. Appellant was informed that a separate response will be provided at the conclusion of that process. Because the response to Log #324585 was improper, and appellant had been provided a response to appellant's allegation on August 23, 2022, this claim is granted without remedy.

### IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

(14)
Page Number

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Reviewing Authority | 02/25/2023 |


**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** REEVES, EMMANUEL                                    **Date:** 08/23/2022
**CDC#:** AI5096
**Current Location:** SQ-Facility B                                    **Current Area/Bed:** B 001 1 – 000065L

**Log #:** 000000295836

**Claim #: 001**
**Received at Institution/Parole Region:**    PAROLE REGION NORTH
**Submitted to Facility/Parole District:**    District-REGION NORTH
**Housing Area/Parole Unit:**
**Category:** General Employee Performance          **Sub-Category:** Other Staff Misconduct - NOS

The California Department of Corrections and Rehabilitation received your grievance on 08/15/2022 which you submitted on 08/14/2022.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

Exibit "1"

REC BY OOA

DEC 27 2022


(16)
Page Number



**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# OOG CLAIM REASSIGNMENT NOTICE

**To:** PAROLE REGION NORTH Office of Grievances

**Address:** 9825 Goethe Road
Sacramento, California 95827

**From:** Office of Grievances at San Quentin State Prison

**Re:** OOG Claim Reassignment Notice

**Offender Name:** REEVES, EMMANUEL                **CDC#:** AI5096

**Date:** 08/22/2022

**Current Location:** SQ-Facility B                **Current Area/Bed:** B 001 1000065L

**Re:** Log # 000000292504                          **Claim #:** 001

The California Department of Corrections and Rehabilitation received the attached claim concerning General Employee Performance;Other Staff Misconduct - NOS from the claimant referenced above on 08/15/2022. Upon review, this claim is being reassigned to the Office of Grievances at PAROLE REGION NORTH for review and processing in accordance with governing regulations.

Please process this claim as you would if it was received directly from the claimant. Our office will notify claimant of the reassignment in a separate notice.

Please provide the claimant with a response to this claim on or before 10/15/2022.

CDCR SOMS OGTT312
OOG CLAIM REASSIGNMENT NOTICE

(17)
page number

ORIGINAL

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 292504 | Date Received AUG 15 2022 |
|---|---|---|
| | Decision Due Date: | INMATE GRIEVANCE OFFICE |
| | Categories: | CALIFORNIA STATE PRISON |
| | | SAN QUENTIN CA 94964 |

Claimant Name: Emmanuel Reeves       CDCR #: AT5096

Institution/Parole Region: SQSP       Current Housing/Parole Unit: 1 H 65L

**STAFF USE ONLY**

_Use this form to file a complaint with the Department._

In order for the Department to understand your complaint, please answer all of the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- What specific action would resolve your complaint?

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

I Wrote An Grievance On 12-20-21 To Address
Excessive Physical Force By Way Of Parole Agents In
Sacramento County. However, My Grievance Has Not
Since Been Answered Nor Has It Been Addressed. On
11-30-21 I Was Apprehended By Parole Agents. While
Doing So I Was Physically Assaulted Due To The Force
Applied. At This Point I Was Non-Combative And I
Complied With All Directives Or Atleast Tried To Comply.
I Believe There Was An Camara At The Place Of
Apprehension (Shelters Inc (Address) 700 N. 5TH Street)
Pointed In The Area Where I Was Being Apprehended And
Where The Assault Took Place. Again I Tried To Resolve
This Complaint By Way Of An Grievance And A Letter
To The Parole Office (Dated Aug 9, 2022). I Am Asking
That This Matter Be Heard And Tooken Serious. Also
I Ask That I Get An Immediate Release From Custody

ADA Accessible

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Due To (Any To All) Constitutional Rights Violated.

Claimant Signature: _E P E R_____    Date Signed: Aug 12, 2022

ADA Accessible

To Whom It May Concern,                    Aug. 9, 2022

     I Emmanuel Reeves Sent A
Completed Inmate/Parolee Appeals
(602) Which Was Signed And Dated
Dec. 20, 2021, Mailed Dec 23, 2021,
Regarding Excessive Physical Force
By Agents On Nov. 30, 2021.
     I Have Not Received Any
Response To This Appeal (602), Please
Address This Letter On My Inquiry.


         Thank You


P.S. Attached Are Copies Of All
Documents Sent.



        Sincerely
        E P C P
        Emmanuel Reeves
        AT5096
        Aug. 9 2022