UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL REEVES, | No. 2:22-cv-02084-TLN-DMC |
| Plaintiff, | |
| v. | **ORDER** |
| JEFFREY LEWIS, et al., | |
| Defendants. | |

Plaintiff Emmanuel Reeves ("Plaintiff"), a prisoner proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983, which is now closed.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 2, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  (ECF No. 25.)  Timely objections to the findings and recommendations have been filed.  (ECF No. 26.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.      The findings and recommendations filed February 2, 2026 (ECF No. 25), are ADOPTED IN FULL; and

2.      Plaintiff's motion for reconsideration (ECF No. 24) is DENIED.

IT IS SO ORDERED.

Date: March 19, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2